**Order entered September 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01303-CV

## JOHN WILLIAMS, Appellant

## V.

## DART TRANSIT, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00720-B**

## ORDER

We **DENY** appellant's September 15, 2015 pro se motion for speedy trial. The appeal will be submitted in due course.

/s/      CRAIG STODDART
JUSTICE